**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1461

LISA D. BRYAN,

Plaintiff - Appellant,

versus

LUCENT TECHNOLOGIES, INCORPORATED, A New
Jersey Corporation,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-03-
265-AMD)

Submitted: August 27, 2004          Decided: November 4, 2004

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lisa D. Bryan, Appellant Pro Se. Robert Ross Niccolini,
MCGUIREWOODS, LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lisa D. Bryan appeals the district court's order granting summary judgement to the Defendant in this employment discrimination action. We have reviewed the record and the district court's thorough opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bryan v. Lucent Techs., Inc., No. CA-03-265-AMD (D. Md. Mar. 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED